STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS
Assistant Federal Public Defender
DANIEL BLANK
Assistant Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
BRANDON LeBLANC
Assistant Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Ave, 19-6884
San Francisco, CA 94102
Telephone:  (415) 436-7700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL ANTHONY,<br><br>Defendant. | Case No: CR 15-005 CRB<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARELL POWELL,<br><br>Defendant. | Case No. CR 15-006 WHA<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>DARLENE ROUSE,<br><br>           Defendant. | Case No. CR 15-0027 VC<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ACACIA McNEAL,<br><br>           Defendant. | Case No. CR 15-0028 CRB<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>AARON MATTHEWS,<br><br>           Defendant. | Case No. CR 15-00049 WHA<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>NIJAH REED,<br><br>           Defendant. | Case No. CR 15-0050 RS<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-0052 WHA |
| Plaintiff, | **MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| v. | |
| TIANA REDDIC, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. CR 15-0070 VC |
| Plaintiff, | **MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| v. | |
| SHOLANDA ADAMS, | |
| Defendant. | |

### MOTION TO FILE UNDER SEAL ATTACHMENT H TO THE DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE

Attachment H to the Declaration of Galia Phillips is the DEA 6 reports for the cases in which the Notice of Related Case was filed. Though there is no protective order in the above-captioned cases, the reports are marked confidential and therefore the defendants request to file them under seal.

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

Dated:  March 31, 2015

By: */s/ Galia Amram Phillips*
GALIA A. PHILLIPS
Attorney for Defendants Reed, Reddic and Rouse

Dated:  March 31, 2015

By: */s/ Brandon LeBlanc*
BRANDON LeBLANC
Attorney for Defendant Matthews

Dated:  March 31, 2015

By: */s/ Candis Mitchell*
CANDIS MITCHELL
Attorney for Defendant Adams

Dated:  March 31, 2015

By: */s/ Gabriela Bischof*
GABRIELA BISCHOF
Attorney for Defendant Powell

Dated:  March 31, 2015

By: */s/ Daniel P. Blank*
DANIEL P. BLANK
Attorney for Defendants Anthony and McNeal

**Motion and Proposed Order to File Attachment H Under Seal**

2

**[PROPOSED] ORDER**

For good cause shown, the document entitled, "ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE" filed on March 31, 2015 shall be maintained under seal until further order of the Court.

DATED: April 3, 2015

_____
THE HONORABLE VINCE G. CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

**Motion and Proposed Order to File Attachment H Under Seal**

3